# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>BRYAN M. PENNINGTON | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For a Petty Offense)<br>)<br>) USDC Case Number: 18-cr-00055-LB-1<br>) BOP Case Number:<br>) USM Number:<br>) Defendant's Attorney: |

**THE DEFENDANT:**

( )  THE DEFENDANT pleaded guilty to count(s):

( )  THE DEFENDANT pleaded nolo contendere to count(s):

(X)  THE DEFENDANT was found guilty on count(s): One, Two and Three of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 1.6(g)(1) | Permit Requirement Violation | 10/9/2017 | One |
| 36 C.F.R. § 1.6(g)(1) | Permit Requirement Violation | 11/20/2017 | Two |
| 36 C.F.R. § 1.6(g)(1) | Permit Requirement Violation | 2/9/2018 | Three |
| | | | |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment.

( )  The defendant has been found not guilty on count(s): _____ .

( )  Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:

City and State of Defendant's Residence:

_May 10, 2018_
Date of Imposition of Judgment

_CPBC_
Signature of Judge

The Honorable Laurel Beeler
Laurel Beeler, United States Magistrate Judge
Name & Title of Judge

May 10, 2018
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

( )     The Court makes the following recommendations to the Bureau of Prisons:

( )     The defendant is remanded to the custody of the United States Marshal.  The appearance bond is hereby exonerated.

( )     The defendant shall surrender to the United States Marshal for this district:
      ( )     at _____ am/pm on _____ (no later than 2:00 pm).
      ( )     as notified by the United States Marshal.
    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

( )     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ( )     at _____ am/pm on _____ (no later than 2:00 pm).
      ( )     as notified by the United States Marshal.
      ( )     as notified by the Probation or Pretrial Services Office.
    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

# PROBATION

The defendant is hereby sentenced to probation for a term of:

Unsupervised probation for a term of five years. As a condition of probation, the Defendant is prohibited from entering the Aquatic Park Cove on any type of maritime vessel, including but not limited to a trimaran, yacht, or boat. The court imposes the mandatory condition that while on probation, the Defendant shall not commit another federal, state or local crime. The other mandatory conditions and the standard conditions of probation do not apply.

**SPECIAL CONDITIONS OF SUPERVISION**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 30.00 | $ _____ | $ _____ |

( )   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

( )   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $0.00 | $0.00 |  |

( )   Restitution amount ordered pursuant to plea agreement $ _____

( )   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

( )   the interest requirement is waived for the fine/restitution.

( )   the interest requirement is waived for the fine/restitution is modified as follows:

_____

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows[*]:

**A** ( ) Lump sum payment of ___ due immediately, balance due

    ☐ not later than ____ , or
    ☐ in accordance with ( ) C, ( ) D, or ( ) E, and/or ( ) F below); or

**B** ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) F below); or

**C** ( ) Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ( ) Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ( ) Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ( ) Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

( ) Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |
| | | | |

( ) The defendant shall pay the cost of prosecution.
( ) The defendant shall pay the following court cost(s): _____
( ) The defendant shall forfeit the defendant's interest in the following property to the United States:
( ) The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.

---

[*] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.